## ON MOTION

### ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Defense to intervene,

It Is Ordered That:

(1) The motions are granted. The revised official caption is reflected above.

(2) Burroughs' opening brief * and a completed Fed. Cir. R. 15(c) form are due within 21 days of the date of filing of this order.

## ON MOTION

### ORDER

Marcelino G. Espiritu submits an informal brief out of time. He explains that the address used to send him a recent court order was incorrect.

Upon consideration thereof,

It Is Ordered That:

(1) The mandate is recalled, the court's previous dismissal order is vacated, the petition is reinstated, and the informal brief is accepted for filing.

(2) The respondent should calculate its brief due date from the date of filing of this order.

Marcelino G. ESPIRITU, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2010–3163.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2011.

Martricia J. CHAPMAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2011–3066.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2011.

---

* Burroughs also submits arguments in support of his petition. Such arguments, and any documents that were before the Board, should only be included within his informal brief.